TUCKER ELLIS LLP
Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Defendants JOHNSON & JOHNSON
and MCNEIL NUTRITIONALS, LLC

BURSOR & FISHER, P.A.
L. Timothy Fisher – SBN 191626
ltfisher@bursor.com
Julia A. Luster – SBN 295031
jluster@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:    925.300.4455
Facsimile:    925.407.2700

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. 2:15-cv-01733-JAM-DAD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)** |

Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants") and Plaintiff JoAnn Martinelli ("Plaintiff"), by and through the undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144, stipulate to an extension of time, to and including October 21, 2015, for Defendants to respond to

Plaintiff's Complaint.

DATED: September 18, 2015      Tucker Ellis LLP

                    By:   /s/ Mollie F. Benedict
                          Mollie F. Benedict
                          mollie.benedict@tuckerellis.com
                          Amanda Villalobos
                          amanda.villalobos@tuckerellis.com
                          Attorneys for Defendants JOHNSON &
                          JOHNSON and MCNEIL NUTRITIONALS,
                          LLC

DATED: September 18, 2015      Tucker Ellis LLP

                    By:   /s/ L. Timothy Fisher (as authorized on 9/18/15)
                          L. Timothy Fisher
                          ltfisher@bursor.com
                          Julia A. Luster
                          jluster@bursor.com
                          Attorneys for Plaintiff JOANN MARTINELLI

**IT IS SO ORDERED.**

DATED: 9/18/2015                    /s/ John A. Mendez
                                    Honorable John A. Mendez
                                    UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b).  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071-2223.

On the date indicated below, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on, September 18, 2015, at Los Angeles, CA.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Central District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By _____
Silvia Munoz

Choose an item.

**Error! Unknown document property name.**