TUCKER ELLIS LLP
Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:      213.430.3409

Attorneys for Defendants JOHNSON & JOHNSON
and MCNEIL NUTRITIONALS, LLC

BURSOR & FISHER, P.A.
L. Timothy Fisher – SBN 191626
ltfisher@bursor.com
Julia A. Luster – SBN 295031
jluster@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:     925.300.4455
Facsimile:      925.407.2700

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | No. 2:15-cv-01733-MCE-EFB (TEMP)<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS PROPOUNDED ON JOHNSON & JOHNSON AND MCNEIL NUTRITIONALS, LLC** |

It is hereby stipulated by and between the parties, Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants") and Plaintiff JoAnn Martinelli ("Plaintiff"), by and through the undersigned counsel as follows:

1160077.1

1. On April 14, 2016, Plaintiff filed a Motion to Compel Production of Documents Propounded on Defendants Johnson & Johnson and McNeil Nutritionals, LLC. [Dkt. 29]. The hearing was set for April 27, 2016 at 10:00 a.m.

2. On April 25, 2016, the Court continued the hearing to May 11, 2016 at 10:00 a.m. [Dkt. 31].

3. Defendants' counsel has an unforeseen family medical issue and is no longer available to attend the hearing.

4. The parties respectfully request that the Court continue the hearing to June 22, 2016 at 10:00 a.m., as this is the first date both parties are available to attend the hearing.

DATED: May 9, 2016                           TUCKER ELLIS LLP


By: /s/ Amanda Villalobos
Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendants MCNEIL NUTRITIONALS, LLC and JOHNSON & JOHNSON

2

1160077.1

DATED: May 9, 2016                                    BURSOR & FISHER, P.A.


                                                      By:  /s/ L. Timothy Fisher
                                                      L. Timothy Fisher - SBN 191626
                                                      ltfisher@bursor.com
                                                      Julia A. Luster - SBN 295031
                                                      jluster@bursor.com
                                                      1990 North California Blvd., Suite 940
                                                      Walnut Creek, CA 94596
                                                      Telephone: 925.300.4455
                                                      Facsimile: 925.407.2700

                                                      Attorneys for Plaintiff JOANN
                                                      MARTINELLI

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

DATED: May 10, 2016.

                                                      _____
                                                      EDMUND F. BRENNAN
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The parties shall file an updated joint statement on or before June 15, 2016, reflecting the current state of the parties' dispute.

3

1160077.1