TUCKER ELLIS LLP
Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:      213.430.3409

Attorneys for Defendants JOHNSON & JOHNSON
and MCNEIL NUTRITIONALS, LLC

BURSOR & FISHER, P.A.
L. Timothy Fisher – SBN 191626
ltfisher@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:     925.300.4455
Facsimile:      925.407.2700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>             Defendants. | Case No. 2:15-cv-01733-JAM-DB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND THE JULY 28, 2016 ORDER AND MARCH 7, 2016 SCHEDULING ORDER** |

WHEREAS, the Court issued an Order regarding Plaintiff JoAnn Martinelli's ("Plaintiff") Motion To Compel on July 28, 2016 (the "July 28 Order") [Dkt. 41], which requires Defendants McNeil Nutritionals, LLC and Johnson & Johnson (collectively, "Defendants") to produce the documents referenced in the Order within 30 days.

WHEREAS, the parties seek to request a modification of the July 28 Order to extend the amount of time Defendants have to produce the documents referenced in the Order.

WHEREAS, the Court issued a Scheduling Order on March 7, 2016 (the "March 7 Scheduling Order") [Dkt. 25] setting the following deadlines:

| Phase I Discovery Cut Off | October 24, 2016 |
| --- | --- |
| PL Deadline to File Cert. | December 15, 2016 |
| DE Deadline to Respond | January 12, 2017 |
| PL Deadline to Reply | February 9, 2017 |
| Class Cert. Hearing | February 23, 2017, at 2:00 p.m. |

WHEREAS, the parties seek to request a modification of the March 7 Scheduling Order to permit additional time to complete discovery and for Plaintiff to file her forthcoming motion for class certification.

WHEREAS, since the Court issued the July 28 Order and the March 7 Scheduling Order, the parties have been meeting and conferring regarding various fact discovery issues. The parties have been endeavoring to work cooperatively to resolve disputes without involvement of the Court.

WHEREAS, the parties jointly agree that the requested extension of the schedule is necessary to complete Phase I discovery.

WHEREAS, subject to the Court's approval, the parties have jointly agreed to request an amendment to the July 28 Order and the March 7 Scheduling Order.

WHEREAS, the parties have not obtained any prior extensions of time from the Court in connection with this matter.

NOW THEREFORE, subject to the Court's approval, the parties stipulate as follows:

1. The deadline for Defendants to produce the documents referenced in the July 28 Order shall be extended to October 7, 2016.

2. The March 7 Scheduling Order is amended as follows:

|  | Current | Proposed |
|---|---|---|
| Phase I Discovery Cut Off | October 24, 2016 | February 24, 2017 |
| PL Deadline to File Cert. | December 15, 2016 | March 31, 2017 |
| DE Deadline to Respond | January 12, 2017 | April 28, 2017 |
| PL Deadline to Reply | February 9, 2017 | May 26, 2017 |
| Class Cert Hearing | February 23, 2017, at 2:00 p.m. | TBD |

DATED: August 26, 2016                                 TUCKER ELLIS LLP


By:      /s/ *Mollie F. Benedict*
         Mollie F. Benedict - SBN 187084
         mollie.benedict@tuckerellis.com
         Amanda Villalobos - SBN 262176
         amanda.villalobos@tuckerellis.com
         515 South Flower Street
         Forty-Second Floor
         Los Angeles, CA 90071-2223
         Telephone:213.430.3400
         Facsimile: 213.430.3409

         Attorneys for Defendants MCNEIL
         NUTRITIONALS, LLC and JOHNSON &
         JOHNSON

DATED: August 26, 2016                                 BURSOR & FISHER, P.A.


By:      /s/ *L. Timothy Fisher*
         L. Timothy Fisher - SBN 191626
         ltfisher@bursor.com
         1990 North California Blvd., Suite 940
         Walnut Creek, CA 94596
         Telephone:925.300.4455
         Facsimile: 925.407.2700

         Attorneys for Plaintiff JOANN
         MARTINELLI

---

3

STIPULATION AND [PROPOSED] ORDER TO AMEND JULY 28, 2016 ORDER AND MARCH 7, 2016 SCHEDULING ORDER

1184856.2

**IT IS SO ORDERED.**

DATED: _____          By_____
                                Honorable Morrison C. England, Jr.
                                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071-2223.

On the date indicated below, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO AMEND JULY 28, 2016 ORDER AND MARCH 7, 2016 SCHEDULING ORDER** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Central District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on, August 26, 2016, at Los Angeles, CA.

_____
Silvia Munoz

CERTIFICATE OF SERVICE

1184856.2