TUCKER ELLIS LLP
Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Defendants JOHNSON & JOHNSON
and MCNEIL NUTRITIONALS, LLC

BURSOR & FISHER, P.A.
L. Timothy Fisher – SBN 191626
ltfisher@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:	925.300.4455
Facsimile:	925.407.2700

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01733-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO AMEND THE JULY 28, 2016 ORDER AND MARCH 7, 2016 SCHEDULING ORDER** |

WHEREAS, the Court issued an Order regarding Plaintiff JoAnn Martinelli's ("Plaintiff") Motion To Compel on July 28, 2016 (the "July 28 Order") [Dkt. 41], which requires Defendants McNeil Nutritionals, LLC and Johnson & Johnson (collectively, "Defendants") to produce the documents referenced in the Order within 30 days.

///

WHEREAS, the parties seek to request a modification of the July 28 Order to extend the amount of time Defendants have to produce the documents referenced in the Order.

WHEREAS, the Court issued a Scheduling Order on March 7, 2016 (the "March 7 Scheduling Order") [Dkt. 25] setting the following deadlines:

| | |
|---|---|
| Phase I Discovery Cut Off | October 24, 2016 |
| PL Deadline to File Cert. | December 15, 2016 |
| DE Deadline to Respond | January 12, 2017 |
| PL Deadline to Reply | February 9, 2017 |
| Class Cert. Hearing | February 23, 2017, at 2:00 p.m. |

WHEREAS, the parties seek to request a modification of the March 7 Scheduling Order to permit additional time to complete discovery and for Plaintiff to file her forthcoming motion for class certification.

WHEREAS, since the Court issued the July 28 Order and the March 7 Scheduling Order, the parties have been meeting and conferring regarding various fact discovery issues. The parties have been endeavoring to work cooperatively to resolve disputes without involvement of the Court.

WHEREAS, the parties jointly agree that the requested extension of the schedule is necessary to complete Phase I discovery.

WHEREAS, subject to the Court's approval, the parties have jointly agreed to request an amendment to the July 28 Order and the March 7 Scheduling Order.

WHEREAS, the parties have not obtained any prior extensions of time from the Court in connection with this matter.

NOW THEREFORE, subject to the Court's approval, the parties stipulate as follows:

1. The deadline for Defendants to produce the documents referenced in the July 28 Order shall be extended to October 7, 2016.

2. The March 7 Scheduling Order is amended as follows:

///

///

|  | **Current** | **Proposed** |
|---|---|---|
| Phase I Discovery Cut Off | October 24, 2016 | February 24, 2017 |
| PL Deadline to File Cert. | December 15, 2016 | March 31, 2017 |
| DE Deadline to Respond | January 12, 2017 | April 28, 2017 |
| PL Deadline to Reply | February 9, 2017 | May 26, 2017 |
| Class Cert Hearing | February 23, 2017, at 2:00 p.m. | TBD |

DATED: August 26, 2016            **TUCKER ELLIS LLP**

**By:**        */s/ Mollie F. Benedict*
**Mollie F. Benedict - SBN 187084**
**Attorneys for Defendants MCNEIL**
**NUTRITIONALS LLC**
**and JOHNSON & JOHNSON**

DATED: August 26, 2016            **BURSOR & FISHER, P.A.**

**By:**        */s/ L. Timothy Fisher*
**L. Timothy Fisher - SBN 191626**
**Attorneys for Plaintiff JOANN MARTINELLI**

### ORDER

Pursuant to the foregoing stipulation (ECF No. 43), the Court's Scheduling Order (ECF No. 26) is hereby amended to reflect the dates and deadlines set forth above. The Court sets the hearing on Plaintiff's Motion for Class Certification for **June 15, 2017 at 2:00 P.M.**

IT IS SO ORDERED.

Dated: August 30, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE