**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
ndeckant@bursor.com
fklorczyk@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS PROPOUNDED ON DEFENDANTS JOHNSON & JOHNSON AND MCNEIL NUTRITIONALS, LLC**<br><br>Date: January 27, 2017<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 27, 8th Floor<br><br>Hon. Deborah Barnes |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 27, 2017 at 10:00 a.m., Plaintiff JoAnn Martinelli ("Plaintiff"), as a representative of the Class, will move this Court pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(iii) and (iv) and Civil Local Rule 251 for an order compelling Defendants Johnson & Johnson and McNeil Nutritionals, LLC to produce further documents in response to Plaintiff's Requests for Production of Documents.

This motion is made on the grounds that: (i) Defendants have failed to produce documents responsive to certain of Plaintiff's document requests, (ii) Defendants have improperly redacted documents for relevancy, in whole or in part, and (iii) Defendants have failed to identify and search the records of several likely custodians. This motion is based upon this notice, the forthcoming Joint Statement re Discovery Disagreement, the pleadings and documents contained in the Court's file on this matter, and on such other further oral and documentary evidence as may be presented at the time.

The parties have met and conferred as required by Civil Local Rule 251(b) and will set forth their differences and the bases therefor in a Joint Statement re Discovery Disagreement. The parties conferred telephonically, pursuant to Local Rule 251(b), on December 14, 2016 and December 23, 2016 concerning the areas of dispute addressed in the forthcoming Joint Statement. Meet and confer efforts have been exhausted such that Plaintiff seeks an order from the Court to compel discovery.

Dated: January 5, 2017

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
ndeckant@bursor.com
fklorczyk@bursor.com

*Attorneys for Plaintiff*