**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
ndeckant@bursor.com
fklorczyk@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**PLAINTIFF'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF MOTION TO COMPEL DOCUMENTS, AND [PROPOSED] ORDER**<br><br>Date: February 3, 2017<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 27, 8th Floor<br><br>Hon. Deborah Barnes |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT Plaintiff JoAnn Martinelli ("Plaintiff") files this request pursuant to Local Rule 141 for leave to file certain confidential documents under seal in conjunction with Plaintiff's Motion to Compel Production of Documents, which is scheduled for argument on February 3, 2017. The documents that incorporate confidential information are:

- Statement of Discovery Disagreement re Motion to Compel Production of Documents at 9:28, 10:1-3, 10:24-27, and 11:4-8; and
- Exhibits J-N at pages 123-142 of the Exhibits to the Statement of Discovery Disagreement re Motion to Compel Production of Documents.

The above documents contain information designated by Defendants as "Confidential" pursuant to the parties' Stipulated Protective Order, Dkt. No. 21. The information in Exhibits J-M has been designated "Confidential" pursuant to Paragraph 3 of the Stipulated Protective Order because it is "[c]ommercially sensitive information regarding the development, production, marketing, branding, sales or promotion of Defendants' products or finances, the disclosure of which would have the effect of causing harm to the competitive position of the person or entity from which the information is obtained." Dkt. No. 21 ¶ 3.c. Furthermore, Exhibit N has been designated "Highly Confidential" pursuant to Paragraph 2 of the Stipulated Protective Order because it is "[c]onfidential past or future business, marketing or sales plans, including specific business plans, strategies and projections, past or future marketing plans and strategies, past or future sales plans and strategies, forward-looking pricing strategies; the development of new product concepts, extensions of existing product lines, and other similar forward and/or backward-looking information that is kept confidential by the party." *Id.* ¶ 2.a. For this reason, Plaintiff requests that the above-listed documents and portions thereof be filed under seal. Defendants shall have access to the confidential documents.

Plaintiff has submitted this Notice of Request, Request to Seal Documents in Support of Motion to Compel Production of Documents, the [Proposed] Order, and the documents themselves via electronic mail to the Court. The email has been set to Judge Barnes's proposed orders email box, with the email subject line including the case number and the statement: "Request to Seal

Documents." Further, this Notice of Request, Request to Seal Documents in Support of Motion to Compel Production of Documents, and [Proposed] Order have been served on all parties via electronic mail.

Dated: January 27, 2017

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
ndeckant@bursor.com
fklorczyk@bursor.com

*Attorneys for Plaintiff*

**[PROPOSED ORDER]**

Having considered Plaintiff's Request to Seal Documents and the documents labeled "Confidential" and "Highly Confidential" pursuant to the parties' Stipulated Protective Order, the Court GRANTS Plaintiff's Request to Seal Documents and finds and orders as follows:

The Court finds that the following documents at issue should be filed under seal:

- Statement of Discovery Disagreement re Motion to Compel Production of Documents at 9:28, 10:1-3, 10:24-27, and 11:4-8; and
- Exhibits J-N at pages 123-142 of the Exhibits to the Statement of Discovery Disagreement re Motion to Compel Production of Documents.

The Clerk of the Court shall file the documents under seal.

IT IS SO ORDERED.

Dated: ___________________________

_______________________________________
Hon. Deborah Barnes
United Stated Magistrate Judge