1 | **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2 | 1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
3 | Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
4 | E-Mail: ltfisher@bursor.com

5 | **BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
6 | Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
7 | 888 Seventh Avenue
New York, NY  10019
8 | Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
9 | E-Mail:  scott@bursor.com
         ndeckant@bursor.com
10 |        fklorczyk@bursor.com

11 | *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOANN MARTINELLI, individually and on behalf of all others similarly situated, | Case Number: 15-cv-01733-MCE-DB |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER TO AMEND THE AUGUST 30, 2016 SCHEDULING ORDER** |
| v. | |
| JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC, | |
| Defendants. | |

Plaintiff JoAnn Martinelli ("Plaintiff") and Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on November 22, 2016, Plaintiff served Rule 30(b)(6) deposition notices on Defendants, which scheduled Defendants' depositions for January 10 and 11, 2017;

WHEREAS, subsequently, the parties convened several meet and confer conference calls to discuss deposition scheduling and document discovery issues;

WHEREAS, the parties continued to meet and confer to discuss scheduling;

WHEREAS, on January 5, 2017, Plaintiff filed a motion to compel the production of documents;

WHEREAS, on January 17, 2017, Plaintiff served a notice of deposition of William Twomey on Defendants' lawyers;

WHEREAS, on January 20, 2017, Plaintiff served notices of deposition of Sean Belke and Steve Kirschenbaum on Defendants' lawyers;

WHEREAS, on January 26, 2017, in connection with Plaintiff's motion to compel production of documents, Defendants' lawyers agreed to produce documents from three new custodians by February 10, 2017;

WHEREAS, Defendants have not yet designated their Rule 30(b)(6) witnesses, but are in the process of doing so;

WHEREAS, the parties jointly agree that the requested extension of the schedule is necessary to complete Phase I discovery; and

WHEREAS, the parties previously obtained an extension of time from the Court to complete Phase I discovery on August 30, 2016, *see* Dkt. No. 44.

NOW THEREFORE, subject to the Court's approval, the parties stipulate as follows:

1. The deadline for Defendants to produce the documents from the three new custodians shall be February 10, 2017;
2. The August 30, 2016 Scheduling Order is amended as follows:

|  | **Current** | **Proposed** |
|---|---|---|
| Phase I Discovery Cut Off | February 24, 2017 | May 25, 2017 |
| Plaintiff's Deadline to Move for Class Certification | March 31, 2017 | June 29, 2017 |
| Defendants' Deadline to Oppose Class Certification | April 28, 2017 | July 27, 2017 |
| Plaintiff's Deadline to File Class Certification Reply | May 26, 2017 | August 24, 2017 |
| Class Certification Hearing | June 15, 2017 at 2:00 p.m. | TBD |

Dated:  February 1, 2017         **BURSOR & FISHER, P.A.**


By:   /s/ L. Timothy Fisher
           L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
           ndeckant@bursor.com
           fklorczyk@bursor.com

*Attorneys for Plaintiff*


Dated:  February 1, 2017         **TUCKER ELLIS LLP**


By:   /s/ Amanda Villalobos (as authorized on 1/31/2017)
           Amanda Villalobos

Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor

Los Angeles, CA 90071-2223
Telephone:  213.430.3400
Facsimile:   213.430.3409

*Attorneys for Defendants McNeil Nutritionals, LLC and Johnson & Johnson*

## ORDER

Pursuant to the parties' stipulation and good cause appearing, the deadline for Defendants to produce the documents from the three new custodians shall be February 10, 2017.  It is further ordered that the August 30, 2016 scheduling order shall be amended as follows:

|  | **Former** | **Amended** |
|---|---|---|
| Phase I Discovery Cut Off | February 24, 2017 | May 25, 2017 |
| Plaintiff's Deadline to Move for Class Certification | March 31, 2017 | June 29, 2017 |
| Defendants' Deadline to Oppose Class Certification | April 28, 2017 | July 27, 2017 |
| Plaintiff's Deadline to File Class Certification Reply | May 26, 2017 | August 24, 2017 |
| Class Certification Hearing | June 15, 2017 at 2:00 p.m. | **September 21, 2017 at 2:00 p.m.** |

IT IS SO ORDERED.

Dated: February 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE