**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
          ndeckant@bursor.com
          fklorczyk@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO FURTHER AMEND THE AUGUST 30, 2016 SCHEDULING ORDER** |

Plaintiff JoAnn Martinelli ("Plaintiff") and Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 30, 2016, Plaintiff moved for leave to amend with an additional plaintiff from New York, *see* Dkt. 46;

WHEREAS, Plaintiff's motion for leave to amend was fully briefed on October 27, 2016 and is pending before the Court;

WHEREAS, the adjudication of Plaintiff's motion for leave to amend will impact her forthcoming motion for class certification, as it will affect (at minimum) the class definition and damages analysis;

WHEREAS, the adjudication of Plaintiff's motion for leave to amend will also impact the expert witness work and report(s) that Plaintiff plans to submit in support of class certification;

WHEREAS, Plaintiff's motion for class certification is presently due to be filed on or before June 29, 2017;

WHEREAS, Plaintiff's counsel informed the Court's Courtroom Deputy of these issues by telephone on March 29, 2017;

WHEREAS, Plaintiff seeks an extension of time to file her motion for class certification for the good cause stated above;

WHEREAS, on August 30, 2016 and February 10, 2017, the parties previously obtained extensions of time for class certification briefing in connection with requests to extend Phase I discovery, *see* Dkt. Nos. 44 and 70; and

WHEREAS, the parties are on track to complete Phase I discovery by the current deadline.

NOW THEREFORE, subject to the Court's approval, the parties stipulate that the August 30, 2016 Scheduling Order is further amended as follows:

|  | **Current** | **Proposed** |
|---|---|---|
| Plaintiff's Deadline to Move for Class Certification | June 29, 2017 | August 28, 2017 |
| Defendants' Deadline to Oppose Class Certification | July 27, 2017 | October 30, 2017 |
| Plaintiff's Deadline to File Class Certification Reply | August 24, 2017 | December 1, 2017 |
| Class Certification Hearing | September 21, 2017 at 2:00 p.m. | TBD |

Dated: April 26, 2017

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
    L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
       ndeckant@bursor.com
       fklorczyk@bursor.com

*Attorneys for Plaintiff*

Dated: April 26, 2017

**TUCKER ELLIS LLP**

By: */s/ Amanda Villalobos (as authorized on 4/26/2017)*
    Amanda Villalobos

Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor

Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

*Attorneys for Defendants McNeil Nutritionals, LLC and Johnson & Johnson*

# **ORDER**

Pursuant to the parties' stipulation and good cause appearing, the Scheduling Order as most recently amended by stipulation and order on February 10, 2017, ECF No. 70, shall be amended as follows:

|  | **Current** | **Amended** |
|---|---|---|
| Plaintiff's Deadline to Move for Class Certification | June 29, 2017 | August 28, 2017 |
| Defendants' Deadline to Oppose Class Certification | July 27, 2017 | October 2, 2017 |
| Plaintiff's Deadline to File Class Certification Reply | August 24, 2017 | November 3, 2017 |
| Class Certification Hearing | September 21, 2017 at 2:00 PM | **December 14, 2017 at 2:00 PM** |

IT IS SO ORDERED.

Dated: May 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE