# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. Case No. 2:15-cv-01733-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFF'S SURVEYS AND EXPERT TESTIMONY OF J. MICHAEL DENNIS, PH.D.**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Morrison C. England, Jr. |

1
ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFF'S SURVEYS AND EXPERT TESTIMONY OF J. MICHAEL DENNIS, PH.D.

1300547.1

Having considered Defendants' Request to Seal Documents and the documents labeled "Confidential" pursuant to the parties' Stipulated Protective Order, the Court GRANTS Defendants' Request to Seal Documents and finds and orders as follows:

The Court finds that the following documents at issue should be filed under seal:

- Exhibits A-J to the Declaration of Amanda Villalobos in Support of Defendants' Motion to Exclude Plaintiff's Surveys and Expert Testimony of J. Michael Dennis, Ph.D.; and
- The Declaration and Expert Rebuttal Report of Bruce Isaacson, Ph.D.

The clerk of the Court shall file these documents under seal.

IT IS SO ORDERED.

Dated: October 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE