**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joseph I. Marchese (admitted *pro hac vice*)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
        jmarchese@bursor.com
        ndeckant@bursor.com
        fklorczyk@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO FURTHER AMEND THE SCHEDULING ORDER** |

Plaintiff JoAnn Martinelli ("Plaintiff") and Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 28, 2017, Plaintiff moved for class certification, *see* Dkt. 80;

WHEREAS, on October 2, 2017, Defendants filed their opposition to Plaintiff's motion for class certification (Dkt. No. 82), three expert rebuttal reports (Dkt. Nos. 83-3, 85-4, 85-5), and two *Daubert* motions against Plaintiff's experts J. Michael Dennis and Colin Weir (Dkt. Nos. 83, 85).

WHEREAS, the deadline for Plaintiff to file her reply in support of her motion for class certification is November 3, 2017;

WHEREAS, the deadline for Plaintiff to file her oppositions to Defendants' *Daubert* motions is November 30, 2017, *see* L.R. 230(c)-(d);

WHEREAS, the hearing on Plaintiff's motion for class certification is currently schedule for December 14, 2017;

WHEREAS, issues concerning expert testimony and expert discovery are intertwined with Plaintiffs' motion for class certification, Defendants' *Daubert* motions, and Plaintiff's forthcoming *Daubert* motions, if any;

WHEREAS, at least one of Defendants' experts is unavailable for deposition prior to the week of December 18, 2017;

WHEREAS, Plaintiff seeks an extension of time to file her reply in support of her motion for class certification, her oppositions to Defendants' *Daubert* motions, and her forthcoming *Daubert* motions against Defendants' experts (if any) for the good cause stated above;

WHEREAS, on August 30, 2016, February 10, 2017, and May 5, 2017, the parties previously obtained extensions of time for class certification briefing in connection with requests to extend Phase I discovery as well as Plaintiff's then-pending motion for leave to amend, *see* Dkt. Nos. 44, 70, and 75; and

NOW THEREFORE, subject to the Court's approval, the parties stipulate that the Scheduling Order is further amended as follows:

|  | **Current** | **Proposed** |
|---|---|---|
| Plaintiff's Deadline to Move for Class Certification | August 28, 2017 | N/A |
| Defendants' Deadline to Oppose Class Certification | October 2, 2017 | N/A |
| Deadline to Complete Expert Depositions | N/A | December 22, 2017 (unless otherwise agreed by the parties) |
| Plaintiff's Deadline to File Class Certification Reply, *Daubert* Oppositions, and *Daubert* Motions (if any) | November 3, 2017 | January 5, 2018 |
| Defendants' Deadline to File *Daubert* Replies | December 7, 2017 | January 19, 2018 |
| Defendants' Deadline to File *Daubert* Oppositions | N/A | January 26, 2018 |
| Plaintiff's Deadline to File *Daubert* Replies | N/A | February 8, 2018 |
| Class Certification and *Daubert* Hearing | December 14, 2017 at 2:00 PM | TBD |

Dated: October 24, 2017          **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
    L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joseph I. Marchese (admitted *pro hac vice*)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
        jmarchese@bursor.com
        ndeckant@bursor.com
        fklorczyk@bursor.com

| | | |
|---|---|---|
| | | *Attorneys for Plaintiff* |
| Dated: October 24, 2017 | **TUCKER ELLIS LLP** | |
| | By: */s/ Amanda Villalobos (as authorized on 10/24/2017)* | |
| | Amanda Villalobos | |
| | Mollie F. Benedict - SBN 187084 | |
| | mollie.benedict@tuckerellis.com | |
| | Amanda Villalobos - SBN 262176 | |
| | amanda.villalobos@tuckerellis.com | |
| | 515 South Flower Street | |
| | Forty-Second Floor | |
| | Los Angeles, CA 90071-2223 | |
| | Telephone: 213.430.3400 | |
| | Facsimile: 213.430.3409 | |
| | *Attorneys for Defendants McNeil Nutritionals, LLC and Johnson & Johnson* | |

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Scheduling Order previously amended May 5, 2017 (ECF No. 75) is further amended as follows:

| | **Current** | **New** |
|---|---|---|
| Plaintiff's Deadline to Move for Class Certification | August 28, 2017 | N/A |
| Defendants' Deadline to Oppose Class Certification | October 2, 2017 | N/A |
| Deadline to Complete Expert Depositions | N/A | December 22, 2017 |
| Plaintiff's Deadline to File Class Certification Reply, *Daubert* Oppositions, and *Daubert* Motions (if any) | November 3, 2017 | January 5, 2018 |
| Defendants' Deadline to File *Daubert* Replies | December 7, 2017 | January 19, 2018 |
| Defendants' Deadline to File *Daubert* Oppositions | N/A | January 26, 2018 |
| Plaintiff's Deadline to File *Daubert* Replies | N/A | February 8, 2018 |
| Class Certification and *Daubert* Hearing | December 14, 2017 at 2:00 PM | TBD |

Additionally, the parties are ordered to renotice the Class Certification and <u>Daubert</u> hearings for a date in line with the briefing schedule provided above. The motions shall be renoticed in compliance with Local Rule 230(a). Available civil law and motion calendar dates can be found on the Court's website at www.caed.uscourts.gov. Reservation of a hearing date is not required and civil law and motion hearings are at 2:00 p.m., in courtroom 7.

IT IS SO ORDERED.

Dated: October 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE