**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joseph I. Marchesse (admitted *pro hac vice*)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
        jmarchese@bursor.com
        ndeckant@bursor.com
        fklorczyk@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>    Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS**<br><br>Date: March 8, 2018<br>Time: 2:00 p.m.<br>Courtroom: 7<br><br>Hon. Morrison C. England, Jr. |

Having considered Plaintiff's Request to Seal Documents and the documents labeled "Confidential" and "Highly Confidential" pursuant to the parties' Stipulated Protective Order, the Court GRANTS Plaintiff's Request to Seal Documents and finds and orders as follows:

The Court finds that the following documents at issue should be filed under seal:

- Certain Confidential portions of Plaintiff's Reply in Support of Motion for Class Certification at 4:16-19, 8:19-20, 9:10-13, and 10:1-8.
- Certain Confidential portions of Plaintiff's Motion to Exclude the Expert Testimony of Dr. Bruce Isaacson at iii:6-15; 1:2-5; 1:8-13; 1:16-22; 2:23-26; 3:1-2; 3:9-12; 3:16-6:6; 6:10-26; 7:3; 7:5-11; 7:14-25; and 8:1-24.
- Certain Confidential portions of Plaintiff's Motion to Exclude the Expert Testimony of Dr. Denise Martin at iii:6-10; 1:2-21; 2:24-25; 3:5-7; 3:11-15; 3:18-21; 3:24-27; 4:3-16; 4:19-26; 4:28-5:2; 5:7-27; 6:1-22; 7:1-4; 7:6-8:5; 8:8-23; 8:27-10:1; 10:3-15' and 10:17-25.
- Certain Confidential portions of Plaintiff's Motion to Exclude the Expert Testimony of Dr. Scott Swain at Rebuttal at 1:6-7; 1:8-9; 2:17-23; 3:2-5; 3:8-16; 3:21-27; 4:1-13; 4:15-20; 4:23-28; 5:6-27; 6:1-11; 6:26-28; 7:1-20; 7:26-27; 8:1-13; 8:16-18; 8:20-21; 8:23-27; and 9:1-16.
- Certain Confidential portions of Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony of J. Michael Dennis at 5:21-25; 6:1-4, 6:9-11; 6:16-28; 7:1-4, 7:15-28; 8:1-15, 8:19-27; 9:1-5, 9:7-8, 9:9-10, 9:13-14, 9:24-26; 10:6, 10:7-28; 11:18-19, 11:25-28; 12:11-17; 12:23-24; 13:1; 13:4-15; 14:15-24; 15:5-11; 16:26-28; and 17:1-13.
- Certain Confidential portions of Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony of Colin B. Weir at 1:20-2:5; 5:10-12; 7:4-11; 10:11-23; 11:1-4; 11:13-24; 12:8-14:18; and 15:2-15:25.
- Exhibits X (4-21), Y (23-42), Z (43-76), AA (78-84), BB (86-104), CC (106-108), DD (110-21), EE (123-125), FF (127-133), and GG (135-144) to the Reply Declaration of Fredrick J. Klorczyk III in Support of Plaintiff's Motion for Class Certification ("Klorczyk Decl.").

///

///

- The Reply Declaration of J. Michael Dennis, PH.D., in its entirety.
- The Reply Declaration of Colin Weir in its entirety.

IT IS SO ORDERED.

Dated: January 11, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE