UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. Case No. 2:15-cv-01733-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF COLIN B. WEIR**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Morrison C. England, Jr. |

1
ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF REPLY OF MOTION TO EXCLUDE EXPERT TESTIMONY OF COLIN B. WEIR

1329847.1

Having considered Defendants' Request to Seal Documents and the documents labeled "Confidential" pursuant to the parties' Stipulated Protective Order, the Court GRANTS Defendants' Request to Seal Documents and finds and orders as follows:

The Court finds that the following documents at issue should be filed under seal:

- Portions of the deposition transcript of defense expert, Dr. Denise N. Martin, attached as Exhibit A to the Declaration of Amanda Villalobos in Support of Defendants' Reply brief;
- Portions of the deposition transcript of Plaintiff's expert, Colin B. Weir, attached as Exhibit B to the Declaration of Amanda Villalobos in Support of Defendants' Reply brief; and
- The Supplemental Declaration of Dr. Denise N. Martin, dated January 19, 2018.

The clerk of the Court shall file these documents under seal.

IT IS SO ORDERED.

**Dated: January 29, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF REPLY OF MOTION TO EXCLUDE EXPERT TESTIMONY OF COLIN B. WEIR

1329847.1

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ. R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street Forty-Second Floor, Los Angeles, CA 90071-2223.

On the date indicated below, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF COLIN B. WEIR** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on, **January 19, 2018,** at Los Angeles, CA.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By  */s/ Ronie M. Schmelz*
    Ronie M. Schmelz