# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. Case No. 2:15-cv-01733-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS IN SUPPORT OF SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**s<br>Date:  N/A<br>Time:  N/A<br>Judge:  Hon. Morrison C. England, Jr. |

1

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Having considered Defendants' Request to Seal Documents and the document labeled "Confidential" pursuant to the parties' Stipulated Protective Order, the Court GRANTS Defendants' Request to Seal Documents and finds and orders as follows:

The Court finds that the following document at issue should be filed under seal:

- A production log of documents produced to Plaintiff's counsel in this litigation by Defendants, along with a copy of one of the documents referenced in that log (Bates No. MCNEIL0009787), both of which are attached as Exhibit A to the Declaration of Amanda Villalobos in Support of Defendants' Sur-Reply.

The clerk of the Court shall file this document under seal.

IT IS SO ORDERED.

**Dated: February 15, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE