**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joseph I. Marchese (admitted *pro hac vice*)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
    jmarchese@bursor.com
    ndeckant@bursor.com
    fklorczyk@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>            Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS**<br><br>Date: March 8, 2018<br>Time: 2:00 p.m.<br>Courtroom: 7<br><br>Hon. Morrison C. England, Jr. |

Having considered Plaintiff's Request to Seal Documents and the documents labeled "Confidential" and "Highly Confidential" pursuant to the parties' Stipulated Protective Order, the Court GRANTS Plaintiff's Request to Seal Documents and finds and orders as follows:

The Court finds that the following documents at issue should be filed under seal:

- Certain Confidential portions of Plaintiff's Reply Memorandum of Law in Further Support of Motion to Exclude the Expert Testimony of Dr. Bruce Isaacson at 2:4-12, 4:19-20, 5:7-26, 6:1-2, 6:4-5, 6:7-11, 6:15-26, 7:2-6, 7:8-9, 7:14, 7:16, 7:18-22, 7:24-25, 8:3-15, 8:17-19, 8:22-9:11, 9:15-17, 9:23-10:5.

- Certain Confidential portions of Plaintiff's Reply Memorandum of Law in Further Support of Motion to Exclude the Expert Testimony of Dr. Denise N. Martin at 2:4-9, 4:17-5:13, 5:27-6:4, 6:8-13, 6:15-7:16, 7:19-8:24, 8:26-28.

- Certain Confidential portions of Plaintiff's Reply Memorandum of Law in Further Support of Motion to Exclude the Expert Testimony of Dr. Scott D. Swain at 2:4-9, 4:15-18, 5:3-19, 5:20-6:1, 6:3-4, 6:6-7:6.

IT IS SO ORDERED.

Dated:  February 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE