**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joseph I. Marchese (admitted *pro hac vice*)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
       jmarchese@bursor.com
       ndeckant@bursor.com
       fklorczyk@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS**<br><br>Date: March 8, 2018<br>Time: 2:00 p.m.<br>Courtroom: 7<br><br>Hon. Morrison C. England, Jr. |

| | |
|---|---|
| 1 | Having considered Plaintiff's Request to Seal Documents and the documents labeled |
| 2 | "Confidential" and "Highly Confidential" pursuant to the parties' Stipulated Protective Order, the |
| 3 | Court GRANTS Plaintiff's Request to Seal Documents and finds and orders as follows: |
| 4 | The Court finds that the following documents at issue should be filed under seal: |
| 5 | • Certain Confidential portions of Plaintiff's Memorandum of Law in Opposition to |
| 6 | Defendants' *Ex Parte* Application at 3:2-5, 3:11, 5:11, 5:13, 5:17-18. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: February 21, 2018 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE