TUCKER ELLIS LLP
Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Ronie M. Schmelz – SBN 130798
ronie.schmelz@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendants JOHNSON & JOHNSON and MCNEIL NUTRITIONALS, LLC

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOANN MARTINELLI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,

Defendants.

Case No. 2:15-cv-01733-MCE-DB

**[REDACTED]**

**DECLARATION OF AMANDA VILLALOBOS IN SUPPORT OF DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. DENISE MARTIN**

Date: March 8, 2018
Time: 2:00 p.m.
Judge: Hon. Morrison C. England, Jr.

[Hearing vacated per Court's 1/8/17 Order]

# CONFIDENTIAL PURSUANT TO JANUARY 13, 2016 PROTECTIVE ORDER

# SUBJECT TO MOTION TO FILE UNDER SEAL

I, Amanda Villalobos, declare and state:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney at Tucker Ellis LLP, attorneys of record for Defendants McNeil Nutritionals, LLC and Johnson & Johnson (collectively, "Defendants"). I have personal knowledge of the facts contained in this declaration and if called to testify, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the relevant excerpts from the December 15, 2017 deposition of Dr. Denise Martin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of February, 2018 at Los Angeles, California.

/s/ Amanda Villalobos
Amanda Villalobos

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis