# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>　　　　　Defendants. | Case No. Case No. 2:15-cv-01733-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTIONS TO EXCLUDE THEIR EXPERTS**<br><br>Date:　N/A<br>Time:　N/A<br>Judge:　Hon. Morrison C. England, Jr. |

Having considered Defendants' Request to Seal Documents and the documents labeled "Confidential" pursuant to the parties' Stipulated Protective Order, the Court GRANTS Defendants' Request to Seal Documents and finds and orders as follows:

The Court finds that the following documents at issue should be filed under seal:

- The unredacted deposition transcript of Dr. Denise Martin, attached as Exhibit A to the Declaration of Amanda Villalobos (redacted version filed at ECF No. 132);
- The unredacted deposition transcript of Dr. Scott Swain, attached as Exhibit A to the Declaration of Amanda Villalobos (redacted version filed at ECF No. 134); and
- The unredacted deposition transcript of Dr. Bruce Isaacson, attached as Exhibit A to the Declaration of Amanda Villalobos (redacted version filed at ECF No. 136).

The clerk of the Court shall file these documents under seal.

IT IS SO ORDERED.

**Dated: March 17, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ. R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street Forty-Second Floor, Los Angeles, CA 90071-2223.

On the date indicated below, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF THEIR OPPOSITIONS TO PLAINTIFF'S MOTIONS TO EXCLUDE THEIR EXPERTS** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on, **March 2, 2018,** at Los Angeles, CA. I declare under penalty of perjury that I am employed in the office of a member admitted to practice and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By  */s/ Ronie M. Schmelz*
      Ronie M. Schmelz