TUCKER ELLIS LLP
Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Ronie M. Schmelz – SBN 130798
ronie.schmelz@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendants JOHNSON & JOHNSON
and MCNEIL NUTRITIONALS, LLC

BURSOR & FISHER, P.A.
L. Timothy Fisher – SBN 191626
ltfisher@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: 925.300.4455
Facsimile: 925.407.2700

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01733-MCE-DB<br><br>**STIPULATION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE AND RELATED MOTIONS** |

Pursuant to the Court's March 27, 2018 Order, Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants") and Plaintiff JoAnn Martinelli ("Plaintiff") (collectively, "the parties") have met and conferred regarding the briefing schedule for Plaintiff's motion for class certification and related motions. The parties, subject to the Court's approval, stipulate to the following schedule:

| | |
|---|---|
| Plaintiff's motion for class certification | April 25, 2018 |
| Defendants' opposition to class certification | May 18, 2018 |
| Defendants' evidentiary motion, including all challenges to experts and/or other evidence | |
| Plaintiff's reply in support of motion for class certification | June 12, 2018 |
| Plaintiff's evidentiary motion, including all challenges to experts and/or other evidence | |
| Plaintiff's opposition to Defendants' evidentiary motion | |
| Defendants' opposition to Plaintiff's evidentiary motion | July 5, 2018 |
| Defendants' reply in support of evidentiary motion | |
| Plaintiff's reply in support of evidentiary motion | July 30, 2018 |
| Statement regarding completion of all briefing (to be filed by Plaintiff) | |
| Joint jump drive or disc with unredacted copies of all filings and supporting documents organized by motion (to be submitted by Plaintiff) | |

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 6, 2018 | TUCKER ELLIS LLP |
| 3 | | By: */s/ Amanda Villalobos* |
| | | Mollie F. Benedict - SBN 187084 |
| 4 | | mollie.benedict@tuckerellis.com |
| | | Amanda Villalobos - SBN 262176 |
| 5 | | amanda.villalobos@tuckerellis.com |
| | | 515 South Flower Street |
| 6 | | Forty-Second Floor |
| | | Los Angeles, CA 90071-2223 |
| 7 | | Telephone: 213.430.3400 |
| 8 | | Facsimile: 213.430.3409 |
| 9 | | Attorneys for Defendants MCNEIL |
| 10 | | NUTRITIONALS LLC and JOHNSON & JOHNSON |

DATED: April 6, 2018    BURSOR & FISHER, P.A.

By:   */s/ L. Timothy Fisher*
L. Timothy Fisher - SBN 191626
ltfisher@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: 925.300.4455
Facsimile: 925.407.2700

Attorneys for Plaintiff JOANN MARTINELLI

IT IS SO ORDERED.

Dated: April 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE