**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joseph I. Marchese (admitted *pro hac vice*)
Neal J. Deckant (admitted *pro hac vice*)
Frederick J. Klorczyk III (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
         jmarchese@bursor.com
         ndeckant@bursor.com
         fklorczyk@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENT**<br><br>Date: NA<br>Time: NA<br>Courtroom: Courtroom 7, 14th Floor<br><br>Hon. Morrison C. England Jr. |

|   | |
|---|---|
| 1 | Having considered Plaintiff's Request to Seal Document and the portions of Plaintiff's Renewed Motion For Class Certification containing information designated as "Confidential" and "Highly Confidential" pursuant to the parties' Stipulated Protective Order, the Court finds that following document shall be filed under seal: |

- Plaintiff's Renewed Motion for Class Certification

Plaintiff is directed to review the Court's Minute Orders at ECF Nos. 140 and 141, and ordered to email a complete unredacted copy of that filing to ApprovedSealed@caed.uscourts.gov and to serve the same on all parties.

The above document shall be sealed for the duration of this litigation or two years from the date of electronic filing of this order, whichever occurs first. Should either party wish to extend this sealing Order, a written request should be filed with the Court no sooner than 180 days and no later than thirty (30) days prior to expiration of this Order.

IT IS SO ORDERED.

Dated: April 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE