TUCKER ELLIS LLP
Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Ronie M. Schmelz – SBN 130798
ronie.schmelz@tuckerellis.com
Amanda Villalobos - SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendants JOHNSON & JOHNSON and MCNEIL NUTRITIONALS, LLC

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOANN MARTINELLI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,

Defendants.

Case No. 2:15-cv-01733-MCE-DB

**[REDACTED]**

**DECLARATION OF AMANDA VILLALOBOS IN SUPPORT OF DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF MOTION AND MOTION TO EXCLUDE THE TESTIMONY OF COLIN B. WEIR, THE TESTIMONY OF J. MICHAEL DENNIS AND REFERENCE TO FDA WARNING LETTERS**

Judge: Hon. Morrison C. England, Jr.

Date: August 9, 2018
Time: 2:00 p.m.
Courtroom: 7

**CONFIDENTIAL PURSUANT TO JANUARY 13, 2016 PROTECTIVE ORDER**

**SUBJECT TO MOTION TO FILE UNDER SEAL**

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

I, Amanda Villalobos, declare and state:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney at Tucker Ellis LLP, attorneys of record for Defendants McNeil Nutritionals, LLC and Johnson & Johnson (collectively, "Defendants"). I have personal knowledge of the facts contained in this declaration and if called to testify, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the relevant excerpts from the November 13, 2017 deposition of J. Michael Dennis, Ph.D.

3. Attached hereto as **Exhibit B** is a true and correct copy of the relevant excerpts from J. Thomas McCarthy, §32:171: *Tests of properly conducted survey—Examples of methodological deficiencies*, in McCarthy on Trademarks and Unfair Competition (5th ed. 2017).

4. Attached hereto as **Exhibit C** is a true and correct copy of the relevant excerpts from the December 20, 2017 deposition of Colin B. Weir.

5. Attached hereto as **Exhibit D** is a true and correct copy of the relevant excerpts from the May 25, 2017 deposition of Sean Belke.

6. Attached hereto as **Exhibit E** is a true and correct copy of a Benecol Marketing Study bearing bates numbers MCNEIL0022962-67, which was Exhibit 43 to the deposition of Laura Zeno.

7. Attached hereto as **Exhibit F** is a true and correct copy of the relevant excerpts from the May 24, 2017 deposition of Laura Zeno.

8. Attached hereto as **Exhibit G** is a true and correct copy of the relevant excerpts from the June 14, 2017 deposition of Jennifer Strouse.

9. Attached hereto as **Exhibit H** is a true and correct copy of the relevant excerpts from the May 26, 2017 deposition of William Twomey.

10. Attached hereto as Exhibit I is a true and correct copy of the relevant excerpts of the FDA Regulatory Procedures Manual § 4-1-1.

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of May, 2018 at Los Angeles, California.

/s/ Amanda Villalobos
Amanda Villalobos

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

TUCKER ELLIS LLP
Cleveland ◆ Columbus ◆ Denver ◆ Los Angeles ◆ San Francisco

**CERTIFICATE OF SERVICE**

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street
Forty-Second Floor, Los Angeles, CA 90071-2223.

On the date indicated below, a true and correct copy of the foregoing **[REDACTED] DECLARATION OF AMANDA VILLALOBOS IN SUPPORT OF DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF MOTION AND MOTION TO EXCLUDE THE TESTIMONY OF COLIN B. WEIR, THE TESTIMONY OF J. MICHAEL DENNIS AND REFERENCE TO FDA WARNING LETTERS** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on, **May 18, 2018**, at Los Angeles, CA.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By *<u>/s/ Ronie M. Schmelz</u>*
Ronie M. Schmelz

Choose an item.