**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOANN MARTINELLI, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,**<br><br>Defendants. | Case No.: 2:15-cv-01733-MCE-DB<br><br>**EXPERT REBUTTAL REPORT SUBMITTED BY DR. BRUCE ISAACSON IN RESPONSE TO THE REPORT OF J. MICHAEL DENNIS, PH.D.** |

# CONFIDENTIAL PURSUANT TO JANUARY 13, 2016 PROTECTIVE ORDER

# SUBJECT TO MOTION TO FILE UNDER SEAL

**CONFIDENTIAL – REDACTED**