**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>                Defendants. | Case No. Case No. 2:15-cv-01733-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF EVIDETNIARY MOTION TO EXCLUDE THE TESTIMONY OF COLIN B. WEIR, J. MICHAEL DENNIS, PH.D. AND FDA WARNING LETTERS**<br><br>Date:    N/A<br>Time:   N/A<br>Judge:  Hon. Morrison C. England, Jr. |

---

1

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF EVIDENTIARY MOTION TO EXCLUDE

Having considered Defendants' Request to Seal Documents and the documents labeled "Confidential" pursuant to the parties' Stipulated Protective Order, the Court finds that the following document at issue shall be filed under seal:

- Exhibits A, C-H to the Declaration of Amanda Villalobos in Support of Defendants' Evidentiary Motion to Exclude; and
- The October 2, 2017 and January 19, 2018 Declarations of Dr. Bruce Isaacson
- The October 2, 2017 and January 19, 2018 Declarations of Dr. Denise Martin
- The October 2, 2017 and January 19, 2018 Declarations of Dr. Scott Swain

The clerk of the Court shall file these documents under seal. The documents shall be sealed for the duration of this litigation or two years from the date of electronic filing of this order, whichever occurs first. Should either party wish to extend this sealing Order, a written request should be filed with the Court no sooner than 180 days and no later than thirty (30) days prior to expiration of this Order.

IT IS SO ORDERED.

Dated: May 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ. R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street Forty-Second Floor, Los Angeles, CA 90071-2223.

On the date indicated below, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF EVIDETNIARY MOTION TO EXCLUDE THE TESTIMONY OF COLIN B. WEIR, J. MICHAEL DENNIS, PH.D. AND FDA WARNING LETTERS** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on, **May 18, 2018,** at Los Angeles, CA.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By  */s/ Ronie M. Schmelz*
Ronie M. Schmelz