**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joseph I. Marchese (admitted *pro hac vice*)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
jmarchese@bursor.com
ndeckant@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS**<br><br>Date: NA<br>Time: NA<br>Courtroom: Courtroom 7, 14th Floor<br><br>Hon. Morrison C. England Jr. |

Having considered Plaintiff's Request to Seal Document and the portions of Plaintiff's Renewed Motion for Class Certification containing information designated as "Confidential" and "Highly Confidential" pursuant to the parties' Stipulated Protective Order, the Court finds that the following documents shall be filed under seal:

- Plaintiff's Reply Memorandum of Law in Support of Renewed Motion for Class Certification
- Plaintiffs Motion to Exclude the Expert Testimony of Dr. Bruce Isaacson and Dr. Denis Martin
- Plaintiff's Opposition to Defendants' Motion to Exclude

The above documents shall be sealed for the duration of this litigation or two years from the date of electronic filing of this order, whichever occurs first. Should either party wish to extend this sealing Order, a written request should be filed with the Court no sooner than 180 days and no later than thirty (30) days prior to expiration of this Order.

IT IS SO ORDERED.

Dated: June 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE