# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOANN MARTINELLI, individually and on
behalf of all others similarly situated,

        Plaintiff,

  v.

JOHNSON & JOHNSON and McNEIL
NUTRITIONALS, LLC,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. Case No. 2:15-cv-01733-MCE-DB

**ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF REPLY IN SUPPORT OF EVIDETNIARY MOTION TO EXCLUDE THE TESTIMONY OF COLIN B. WEIR, J. MICHAEL DENNIS, PH.D. AND FDA WARNING LETTERS**

Date:    N/A
Time:    N/A
Judge:   Hon. Morrison C. England, Jr.

Having considered Defendants' Request to Seal Documents and the documents labeled "Confidential" pursuant to the parties' Stipulated Protective Order, the Court GRANTS Defendants' Request to Seal Documents and finds and orders as follows:

The Court finds that the following document at issue should be filed under seal:

- Exhibit A: relevant excerpts from the November 13, 2017 deposition of J. Michael Dennis, Ph.D.;

- Exhibit B: relevant excerpts from the December 20, 2017 deposition of Colin B. Weir; and

- Exhibit C: relevant excerpts from the December 15, 2017 deposition of Dr. Denise Martin.

The above documents shall be sealed for the duration of this litigation or two years from the date of electronic filing of this Order, whichever occurs first. Should either party wish to extend this sealing Order, a written request should be filed with the Court no sooner than 180 days and no later than thirty (30) days prior to expiration of this Order.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF REPLY IN SUPPORT OF EVIDENTIARY MOTION TO EXCLUDE

## CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ. R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street Forty-Second Floor, Los Angeles, CA 90071-2223.

On the date indicated below, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF REPLY IN SUPPORT OF EVIDETNIARY MOTION TO EXCLUDE THE TESTIMONY OF COLIN B. WEIR, J. MICHAEL DENNIS, PH.D. AND FDA WARNING LETTERS** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on, **July 5, 2018,** at Los Angeles, CA.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By   */s/ Mollie F. Benedict*
          Mollie F. Benedict