**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. Case No. 2:15-cv-01733-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS MCNEIL NUTRITIONALS, LLC AND JOHNSON & JOHNSON'S NOTICE OF REQUEST, REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. BRUCE ISAACSON AND DR. DENISE MARTIN**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Morrison C. England, Jr. |

1

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. BRUCE ISAACSON AND DR. DENSIE MARTIN

Having considered Defendants' Request to Seal Documents and the documents labeled "Confidential" pursuant to the parties' Stipulated Protective Order, the Court GRANTS Defendants' Request to Seal Documents and finds and orders as follows:

The Court finds that the following document at issue should be filed under seal:

- Exhibit A: relevant excerpts from the November 17, 2017 deposition of Dr. Bruce Isaacson.
- Exhibit B: relevant excerpts from the December 15, 2017 deposition of Dr. Denise Martin.
- Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Dr. Bruce Isaacson and Dr. Densie Martin.

The above documents shall be sealed for the duration of this litigation or two years from the date of electronic filing of this Order, whichever occurs first. Should either party wish to extend this sealing Order, a written request should be filed with the Court no sooner than 180 days and no later than thirty (30) days prior to expiration of this Order.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE