UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | No. 2:15-cv-1733 MCE DB<br><br><br>ORDER |

On June 5, 2020, this matter came before the undersigned for hearing of movants' motions to quash. (ECF No. 235.) Attorney Neil Deckant appeared telephonically on behalf of movants James Foster and Larry Martinelli. Attorneys Carlos Lazatin and Hannah Chanoine appeared via video conference on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that movants' March 10, 2020 motions to quash (ECF No. 219; ECF No. 220) are denied.

Dated: June 8, 2020

DLB:6
DB\orders\orders.civil\martinelli1733.oah.060520

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1