**O'MELVENY & MYERS LLP**
Richard B. Goetz (State Bar No. 115666)
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: rgoetz@omm.com
       clazatin@omm.com

**O'MELVENY & MYERS LLP**
Hannah Y. Chanoine (admitted *pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: hchanoine@omm.com

*Attorneys for Defendants*

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar. No. 322946)
Frederick J. Klorczyk (State Bar No. 320783)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ndeckant@bursor.com
          fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:   jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail:   scott@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | No. 2:15-cv-01733-MCE-DB<br><br>**JOINT STIPULATION AND ORDER REGARDING ADMISSIBILITY OF DECLARATION OF LARRY MARTINELLI** |

In the interests of efficiently conducting discovery, Plaintiff Joann Martinelli ("Plaintiff"), Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants"), and third-party Larry Martinelli (collectively, the "Parties") submit this joint stipulation regarding the admissibility of the Declaration of Larry Martinelli in Support of Motion to Quash Subpoena, dated March 24, 2020 (the "Declaration"), Dkt. 225 at 21–22.  In lieu of taking Larry Martinelli's deposition, the Parties agree that the Declaration will be admissible in this case for all purposes, including at trial.  Accordingly, by and through their counsel of record, the Parties hereby stipulate as follows:

WHEREAS, on March 10, 2020, third-party Larry Martinelli moved to quash a subpoena for his deposition testimony (Dkt. 220), and on March 24, 2020, filed the Declaration in support of his portion of the Joint Statement regarding the motion to quash (Dkt. 225);

WHEREAS, on June 8, 2020, Magistrate Judge Barnes denied Larry Martinelli's motion to quash (Dkt. 236);

WHEREAS, on September 2, 2020 Defendants served a subpoena for Larry Martinelli's deposition testimony, noticing the deposition to take place on September 16, 2020;

WHEREAS, Defendants have agreed to withdraw their subpoena to Larry Martinelli, and in exchange, the Parties hereby stipulate that the Declaration shall be admissible in this case for all purposes, including at trial.

NOW, THEREFORE, the Parties STIPULATE AND AGREE, subject to the approval of this Court, that:

1. The Declaration of Larry Martinelli in Support of Motion to Quash Subpoena, dated March 24, 2020 (Dkt. 225 at 21–22) shall be admissible in this case for all purposes, including at trial; and

2. Defendants will not seek to depose Larry Martinelli for any purpose in this case except in the event that Larry Martinelli submits evidence that contradicts or is inconsistent with the statements in the Declaration of Larry Martinelli in Support of Motion to Quash Subpoena, dated March 24, 2020 (Dkt. 225 at 21–22).

IT IS SO STIPULATED.

Dated: September 15, 2020    **O'MELVENY & MYERS, LLP**

By: _/s/ Carlos M. Lazatin_
Carlos M. Lazatin

Richard B. Goetz (State Bar No. 115666)
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-Mail:  rgoetz@omm.com
         clazatin@omm.com

*Attorneys for Defendants*

Dated: September 15, 2020    **BURSOR & FISHER, P.A.**

By: _/s/ Frederick J. Klorczyk III_ (as authorized on 9/15/20)
Frederick J. Klorczyk III

Neal J. Deckant (State Bar No. 322946)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ndeckant@bursor.com
         fklorczyk@bursor.com

*Attorneys for Plaintiff*

JOINT STIPULATION AND ORDER REGARDING
ADMISSIBILITY
Case No. 2:15-cv-01733-MCE-DB

- 2 -

1
2
3  Dated: September 15, 2020                    **BURSOR & FISHER, P.A.**
4                                               By: /s/ *Frederick J. Klorczyk III* (as authorized on 9/15/20)
                                                     Frederick J. Klorczyk III
5
                                                Neal J. Deckant (State Bar No. 322946)
6                                               Frederick J. Klorczyk III (State Bar No. 320783)
                                                1990 North California Boulevard, Suite 940
7                                               Walnut Creek, CA 94596
                                                Telephone: (925) 300-4455
8                                               Facsimile: (925) 407-2700
                                                E-Mail:  ndeckant@bursor.com
9                                                        fklorczyk@bursor.com
10
                                                *Attorneys for Larry Martinelli*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND ORDER REGARDING
ADMISSIBILITY                                                                                  - 3 -
Case No. 2:15-cv-01733-MCE-DB

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED

DATED: September 21, 2020        /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE