**O'MELVENY & MYERS LLP**
Richard B. Goetz (State Bar No. 115666)
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: rgoetz@omm.com
clazatin@omm.com

**O'MELVENY & MYERS LLP**
Hannah Chanoine (*Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, NY, 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 2:15-cv-01733-MCE-DB<br><br>**DECLARATION OF JOSEPH R. O'CONNOR IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND MCNEIL NUTRITIONALS, LLC'S MOTION FOR DECERTIFICATION** |

I, Joseph R. O'Connor, hereby declare as follows:

1. I am an attorney and a counsel at O'Melveny & Myers LLP, counsel of record for defendants Johnson & Johnson and McNeil Nutritionals, LLC (collectively, "McNeil"). I submit this declaration in support of McNeil's Motion for Decertification, and have personal knowledge of the matters set forth herein. If called upon to testify as a witness in this action, I could and would testify competently thereto.

2. On February 25, 2020, Defendants subpoenaed Safeway for its records of Ms. Martinelli's purchases made using her loyalty rewards account. On February 25, 2020, Defendants subpoenaed Raley's Family of Fine Stores, Inc. for its records of Ms. Martinelli's purchases made using her loyalty rewards account.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the May 24, 2016 deposition of plaintiff JoAnn Martinelli in the above-titled action.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's Responses to Defendants' First Set of Interrogatories.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Elizabeth Steele in Opposition to Plaintiff's Motion for Class Certification filed in *Bowling v. Johnson & Johnson et al*, Case 1:17-cv-03982 (S.D.N.Y.).

6. Attached hereto as **Exhibit 4** is a true and correct copy Plaintiff's Responses to Defendants' First Set of Requests for Admission.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the September 9, 2020 deposition of Dr. James Thaddeus Foster in the above-titled action.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 5 to the September 9, 2020 deposition of Dr. James Thaddeus Foster in the above-titled action

9. Attached hereto as **Exhibit 7** is a true and correct copy of an April 2020 email exchange between Plaintiff's counsel and Defendants' counsel.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Declaration of Larry Martinelli In support of Motion to Quash Subpoena, which was filed in this action at Dkt. No. 225, at pages 21–22.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of October 2020, in Los Angeles, California.

Joseph R. O'Connor