# EXHIBIT 2

# EXHIBIT FILED UNDER SEAL