# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUZANNA BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendant. | Case No. 1:17-cv-03982-AJN<br><br>**DECLARATION OF ELIZABETH STEELE IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Elizabeth Steele, declare as follows:

1. I am currently employed by Johnson & Johnson Consumer Inc. (JJCI) as a Director of Strategy Development and Deployment for Global Consumer.
2. From approximately December 2008 until September 2013, I was employed by McNeil Nutritionals LLC as the Director of Contract Manufacturing and Logistics for a variety of products, including Benecol.
3. Benecol is a vegetable-oil-based spread that acts as a healthier substitute for butter.
4. Benecol is what some have dubbed a "nutraceutical," that is, a food that contains health-promoting ingredients that have a measurable medicinal benefit.
5. Unlike other "healthy spreads" that help individuals manage their cholesterol by offering less saturated fat to ingest, Benecol actively lowers cholesterol. Specifically, Benecol contains plant stanol esters, which more than 40 clinical studies have shown to lower cholesterol and reduce the risk of heart disease. Studies also showed that eating as few as two servings per day, users could significantly lower their cholesterol in as little as two weeks.

6. In 2008–2011, Benecol was the only cholesterol-lowering spread in the United States market containing plant stanol esters. The only other two spreads on the market containing plant esters that could lower cholesterol utilized a different substance, plant *sterol* esters (Smart Balance Heart Right and Promise Activ). While both substances lower cholesterol, stanols are absorbed to a far lesser degree than sterols and are eliminated more rapidly from the body.
7. Benecol was created by Finnish inventor Ingmar Wester, of the company Raisio, in 1995.
8. Benecol's release coincided with a groundbreaking article in the New England Journal of Medicine that showed dietary plant stanol esters could significantly lower cholesterol when consumed in vegetable-oil-based spread.
9. Benecol was first brought to market in the United States in 1999.
10. For more than a decade, including from 2008–2011, Defendants marketed Benecol to health care professionals (including doctors) in addition to consumers. The health care professionals, who understood the cholesterol-reducing characteristics of plant stanols and the benefits of incorporating them into a daily diet, would then recommend Benecol to patients.
11. By 2011, sales of Benecol had expanded globally and it was the leading cholesterol-lowering spread in the United States. While Benecol had a loyal consumer following based on strong product efficacy, it was a relatively small player in the overall "Healthy Spreads" category, which included both healthier alternatives to butter simply containing less saturated fat, plus the three cholesterol lowering spreads Benecol, Smart Balance Heart Right, and Promise Activ.

12. As required by federal regulations, the Nutrition Facts Panel stated that Benecol contained "0g" trans fat per serving, because each serving contained less than 0.5 grams of trans fat.

13. Elsewhere on the label from 2008–2011, the packaging expressed the equivalent statements "No Trans Fat" and "No Trans Fatty Acids."

14. From approximately July 2005 until September 2011, the primary sleeve used on Benecol Regular tubs was sleeve label number 8733390. Based on information and belief, this label was used throughout this entire period of time. On the interior of this sleeve, a "Benecol Diet Tip" informed users about the spread's small amount of trans fat content as follows:

> How can BENECOL® Spreads have 0 grams trans fat if they contain partially hydrogenated oils?
>
> A small amount of partially hydrogenated oils are used in BENECOL® Spreads to maintain a semi-solid structure and to enhance the melting characteristics of the BENECOL® Regular Spread. As a result, BENECOL® Spreads, contain an extremely low level of trans fat. The FDA allows foods containing less than 0.5 grams of trans fat/serving to be labeled 0 grams trans fat, since this is considered an insignificant amount.

15. From approximately July 2005 until September 2011, the primary sleeve used on Benecol Light tubs was sleeve label number 8733470. Based on information and belief, this label was used throughout this entire period of time. Like the Benecol Regular tubs, the interior of this sleeve also contained the disclosure described in ¶ 14.

16. During the same time period, temporary sleeves that contained coupons on the interior of the sleeve were also used on both Benecol Regular and Benecol Light tubs. These sleeves with coupons ran in limited quantities for limited periods of time. The coupons contained expiration dates, and the sleeves containing coupons were run quantities aimed to avoid expiration.

17. The Benecol Regular sleeves with coupons ran as follows:

A. Sleeve label number 8733420 was used temporarily for Benecol Regular spreads from approximately September 2005 through July 2006. This sleeve contained the disclosure described in ¶ 14.

B. Sleeve label number 0542175 was used temporarily for Benecol Regular spreads from approximately August 2007 through December 2007. This sleeve did not contain the disclosure described in ¶ 14.

C. Sleeve label number 0542702 was used temporarily for Benecol Regular spreads from approximately July 2008 through February 2010. This sleeve did not contain the disclosure described in ¶ 14.

18. The Benecol Light sleeves with coupons ran as follows:

D. Sleeve label number 8733460 was used temporarily for Benecol Light spreads from approximately September 2005 through July 2006. This sleeve contained the disclosure described in ¶ 14.

E. Sleeve label number 0542176 was used temporarily for Benecol Light spreads from approximately August 2007 through December 2007. This sleeve did not contain the disclosure described in ¶ 14.

F. Sleeve label number 0542703 was used temporarily for Benecol Light spreads from approximately July 2008 through February 2010. This sleeve did not contain the disclosure described in ¶ 14.

19. Whenever the sleeves with coupons were not running, the primary labels (i.e., 8733390 and 8733470) were used. In other words, throughout 2008–2011, the Benecol sleeves reverted back to the primary sleeves during the limited periods in which the sleeves with coupons were not used.

20. In September 2011, McNeil changed the labeling on Benecol to remove the "No Trans Fats" and "No Trans Fatty Acids" claims, leaving the "0g" trans fat claim in the Nutrition Facts Panel.

21. From 2008 to 2014, Benecol's wholesale or list price was [redacted]

The above statements are of my own personal knowledge, and I make such statements under penalty of perjury under the laws of New York and the United States of America.

Executed on this 19 day of September, 2018.

Elizabeth Steele