# EXHIBIT 4

# EXHIBIT FILED UNDER SEAL