# EXHIBIT 5

# EXHIBIT FILED UNDER SEAL