# EXHIBIT 6

# EXHIBIT FILED UNDER SEAL