# EXHIBIT 7

**From:** O'Connor, Joe
**Sent:** Friday, April 17, 2020 3:52 PM
**To:** Frederick Klorczyk
**Cc:** Brittany Scott; ndeckant@bursor.com; jmarchese@bursor.com; Max Roberts; scott@bursor.com; Chanoine, Hannah Y.; Lazatin, Carlos M.; Atwater, Emily; Scapellati, Ethan M.
**Subject:** RE: Martinelli v. Johnson & Johnson
**Attachments:** Martinelli_-_Consent_Form_-_Safeway.pdf

Thanks, Fred. Updated consent form attached. Will you be serving an amended interrogatory response?

Joe

---

**From:** Frederick Klorczyk <fklorczyk@bursor.com>
**Sent:** Friday, April 17, 2020 9:23 AM
**To:** O'Connor, Joe <joconnor@omm.com>
**Cc:** Brittany Scott <bscott@bursor.com>; ndeckant@bursor.com; jmarchese@bursor.com; Max Roberts <mroberts@bursor.com>; scott@bursor.com; Chanoine, Hannah Y. <hchanoine@omm.com>; Lazatin, Carlos M. <clazatin@omm.com>; Atwater, Emily <eatwater@omm.com>; Scapellati, Ethan M. <escapellati@omm.com>
**Subject:** Re: Martinelli v. Johnson & Johnson

[EXTERNAL MESSAGE]

Joe - you are correct that the [redacted] was a typo. Both numbers have [redacted] area codes. Can you send me an updated consent form? Thanks.

On Thu, Apr 16, 2020 at 4:08 PM O'Connor, Joe <joconnor@omm.com> wrote:

> Fred and Joe –
>
> Following up on our call earlier today, attached is a consent form for Ms. Martinelli to release her Safeway purchase records. Note that this form identifies the phone numbers in Ms. Martinelli's interrogatory responses: [redacted] or [redacted]. You were going to double check that the [redacted] area code number was accurate. Please let us know whether Ms. Martinelli will sign the consent form.
>
> Also, the email address for D'Agostino's attorney, Edward Reilly, is edward.reilly@ragny.com
>
> Best,
>
> Joe

**From:** Frederick Klorczyk <fklorczyk@bursor.com>
**Sent:** Tuesday, April 14, 2020 1:17 PM
**To:** O'Connor, Joe <joconnor@omm.com>
**Cc:** Brittany Scott <bscott@bursor.com>; ndeckant@bursor.com; jmarchese@bursor.com; Max Roberts <mroberts@bursor.com>; scott@bursor.com; Chanoine, Hannah Y. <hchanoine@omm.com>; Lazatin, Carlos M. <clazatin@omm.com>; Atwater, Emily <eatwater@omm.com>; Scapellati, Ethan M. <escapellati@omm.com>
**Subject:** Re: Martinelli v. Johnson & Johnson

[EXTERNAL MESSAGE]

How about 1pm on Thursday? If that is good, please send an invite to Joe and I.

On Tue, Apr 14, 2020 at 12:48 PM O'Connor, Joe <joconnor@omm.com> wrote:

Fred,

Following up on the attached correspondence, please let me know when you're available to confer about the RFP responses.

Thanks,

Joe

**From:** O'Connor, Joe
**Sent:** Friday, April 10, 2020 12:46 PM
**To:** 'fklorczyk@bursor.com' <fklorczyk@bursor.com>
**Cc:** 'Brittany Scott' <bscott@bursor.com>; 'ndeckant@bursor.com' <ndeckant@bursor.com>; 'jmarchese@bursor.com' <jmarchese@bursor.com>; 'Max Roberts' <mroberts@bursor.com>; 'scott@bursor.com' <scott@bursor.com>; Chanoine, Hannah Y. <hchanoine@omm.com>; Lazatin, Carlos M. <clazatin@omm.com>; Atwater, Emily <eatwater@omm.com>; Scapellati, Ethan M. <escapellati@omm.com>
**Subject:** Martinelli v. Johnson & Johnson

Fred,

I'm sending you two items related to the Martinelli case:

1. A correspondence requesting a meet and confer regarding Plaintiff's responses to Defendants' Second Set of Requests for Production; and

2. Defendants' First Set of RFAs to Plaintiff.

Best,

Joe

**O'Melveny**

**Joe O'Connor**

joconnor@omm.com

O: +1-213-430-8365

M: +1-310-617-3171

O'Melveny & Myers LLP

400 South Hope Street, 18th Floor

Los Angeles, CA 90071

Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

--

Frederick J. Klorczyk III

Bursor & Fisher, P.A.

1990 North California Blvd., Suite 940

Walnut Creek, California 94596

925-300-4455 (tel)

925-407-2700 (fax)
fklorczyk@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it. If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.

--
Frederick J. Klorczyk III
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
925-300-4455 (tel)
925-407-2700 (fax)
fklorczyk@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it. If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.