# EXHIBIT 8

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk III (State Bar No. 320783)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
fklorczyk@bursor.com
ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff and Larry Martinelli*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOANN MARTINELLI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JOHNSON & JOHNSON AND MCNEIL NUTRITIONALS, LLC,

Defendants.

Case No. 2:15-cv-01733-MCE-DB

**DECLARATION OF LARRY MARTINELLI IN SUPPORT OF MOTION TO QUASH SUBPOENA**

Case 2:15-cv-01733-MCE-DB Document 225 Filed 03/27/20 Page 22 of 86

I, Larry Martinelli, declare as follows:

1. I am the Movant in this matter in connection with the March 10, 2020 Motion to Quash Subpoena. I make this declaration to the best of my knowledge, information, and belief of facts stated in this declaration.

2. My wife JoAnn Martinelli does all of the food shopping for our family.

3. I have never purchased Benecol Spreads myself. JoAnn always purchased the Benecol Spreads. I never asked about her purchases of the Benecol Spreads and I do not know how much she paid for them.

4. I cannot recall any particular occasion where I ate Benecol, or where I was told that I was eating Benecol.

5. JoAnn and I have never talked about purchasing "no trans fat" food products for my health. I have never asked her to look for "no trans fat" or heart healthy food products. I also never asked her to purchase the Benecol Spreads. Rather, JoAnn made the decision to purchase "no trans fat" food products on her own. I never spoke to JoAnn about her desire to purchase "no trans fat" heart healthy food products for herself. Because JoAnn does all of the food shopping, I trust her to purchase whatever food products she thinks are suitable for our family.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, executed on March 24 , 2020 in Auburn, California.

By: ____________________
Larry Martinelli