**O'MELVENY & MYERS LLP**
Richard B. Goetz (State Bar No. 115666)
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: rgoetz@omm.com
clazatin@omm.com

**O'MELVENY & MYERS LLP**
Hannah Chanoine (*Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, NY, 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. 15-cv-01733-MCE-DAD<br><br>**DECLARATION OF LAURIE WEIS OF RALEY'S** |

I, Laurie Weis, declare as follows:

1. I am a Senior Manager, Sales Analysis, for Raley's ("Raley's"). I am a duly authorized custodian of records for Raley's. I am able to access data collected and maintained by Raley's in the regular course of business, including data collected as part of the Raley's loyalty rewards program, known as the "Something Extra" Program. I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to them.

2. In the normal course of business, Raley's maintains records of purchases by individual consumers through its Something Extra Program. Generally, consumers participating in the program may purchase products from Raley's using their Something Extra Program card or their loyalty number. At the time of purchase, Raley's records the purchases of the individual consumers associated with the Something Extra Program card or loyalty number used to make the purchase. Raley's keeps the purchase records in the course of its regularly conducted business activity, and keeping the purchase records is a regular practice of Raley's.

3. In response to a subpoena served by Johnson & Johnson and McNeil Nutritionals, I searched Raley's records of purchases of Benecol Spread and Benecol Light Spread products from January 1, 2008 to March 4, 2020 (the date we responded to the subpoena) made using the loyalty rewards account associated with the telephone numbers [redacted] and [redacted]. I also searched for purchases from January 1, 2008 to March 4, 2020 of any spreads containing partially hydrogenated oil, such as nut butters or dessert spreads, including but not limited to any butter, margarine, mayonnaise, peanut butter, Nutella, vegetable-based spread, or similar product (together, "other Spreads") made using the loyalty rewards account associated with the telephone numbers [redacted] and [redacted]. According to Raley's records, JoAnn Martinelli is the owner of the loyalty rewards account associated with the telephone number [redacted]. Further, according to Raley's records, there is no loyalty rewards account associated with the telephone number [redacted].

4. Attached hereto as **Exhibit A** is a true and correct copy of the report I generated from Raley's Something Extra Program records showing purchases of Benecol Spread, Benecol Light Spread, and other Spreads (as defined by the subpoena) that are linked to the loyalty rewards account associated with the phone number [redacted] from January 1, 2008 through March 4, 2020. Exhibit A reflects the following categories of information about each purchase: (i) Raley's store number where the product was purchased; (ii) date of purchase; (iii) Stock-Keeping Unit ("SKU") number; (iv) Universal Product Code ("UPC") number; (v) description of the product; (vi) weight of product; (vii) number of units of product purchased; and (viii) Raley's net sales of product purchased.

5. Raley's records from its Something Extra Program reflect that there were 9 purchases of other Spreads linked to the loyalty rewards account associated with the phone number [redacted] made between August 12, 2013 through July 24, 2019.

6. Raley's records from its Something Extra Program do not reflect any purchases of Benecol Spread (UPC# 300450839183) or Benecol Light Spread (UPC# 300450839190) that are linked to the loyalty rewards account associated with the phone number [redacted] between January 1, 2008 through March 4, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 8th day of July 2020, in West Sacramento, California.

Laurie Weis

Laurie Weis

# EXHIBIT A

| STORE_ NUMBER | BUS_DATE | SKU_NO | UPCCD | DESCRIPTION | SIZE | UNITS _SOLD | SALES_ DOLLARS |
|---|---|---|---|---|---|---|---|
| 517 | 08/12/13 | 60624049 | 3377610035 | SMART BALANCE NATURAL CHUNKY PEANUT BUTTER | 16 OZ | 1 | $4.79 |
| 229 | 04/23/14 | 10511086 | 4656750486 | NOB HILL TRADING COMPANY ARTICHOKE DIP | 12 OZ | 1 | $4.59 |
| 119 | 07/02/14 | 60623995 | 4800102610 | BEST FOODS LIGHT MAYONNAISE BIG SQUEEZE | 16.5 OZ | 1 | $4.79 |
| 231 | 08/28/15 | 60658652 | 5150024163 | JIF EXTRA CRUNCHY PEANUT BUTTER | 28 OZ | 1 | $4.99 |
| 229 | 10/09/15 | 80151282 | 4956855016 | FOLLOW YOUR HEART VEGAN GOURMET SOUR CREAM | 16 OZ | 1 | $3.89 |
| 231 | 08/10/16 | 60658752 | 5150024776 | JIF EXTRA CRUNCHY PEANUT BUTTER | 2/40 OZ | 1 | $10.98 |
| 229 | 07/12/17 | 10151209 | 4060034500 | I CAN'T BELIEVE IT'S NOT BUTTER BUTTERY SPREAD | 15 OZ | 1 | $3.49 |
| 229 | 06/26/19 | 60658647 | 5150025537 | JIF EXTRA CRUNCHY PEANUT BUTTER | 16 OZ | 1 | $3.99 |
| 229 | 07/24/19 | 60658706 | 3760010499 | SKIPPY REDUCED FAT SUPER CHUNK PEANUT BUTTER | 16.3 OZ | 1 | $3.99 |

# CERTIFICATION OF RECORDS

I, the undersigned, being the duly authorized custodian of records for:

Raley's Family of Fine Stores
500 West Capitol Avenue
West Sacramento, CA 95605-2696
(916) 373-3333

with personal knowledge of the facts set forth below, and authority to certify said records, do hereby attest to the following facts:

The records requested pertain to: **JOANN MARTINELLI V. JOHNSON & JOHNSON, ET AL.**
**USDC Eastern District of California**
**Civil Action No. 2:15-cv-01733-MCE-DB**

True and correct copies of all records in our possession where requested were prepared in the ordinary course of business by personnel of said business for which I am the custodian of records.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2020, at West Sacramento, CA.

x Laurie Weis
Laurie Weis
Sr. Manager, Sales Analysis