**O'MELVENY & MYERS LLP**
Richard B. Goetz (State Bar No. 115666)
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: rgoetz@omm.com
clazatin@omm.com

**O'MELVENY & MYERS LLP**
Hannah Chanoine (*Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, NY, 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. 15-cv-01733-MCE-DAD<br><br>**DECLARATION OF ALISON J. SENTIE IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND MCNEIL NUTRITIONALS, LLC'S MOTION FOR DECERTIFICATION** |

I, Alison J. Sentie, declare as follows:

1. I am currently employed by Johnson & Johnson Consumer Inc. (JJCI) as a Business Leader, Training & Business Process Owner, Retail Customer Logistics North America, Consumer Care. I have held this position since May 2017 and have been a Johnson & Johnson employee since 1994.

2. JJCI maintains an [redacted]

3. [redacted]

4. Our records show that Benecol Light Spread was never shipped to any Walmart or Walmart distribution center in the period covered by the SAP database [redacted] The only Benecol product shipped to Walmart was Benecol Regular Spread.

5. Our records also show that, for the same period covered by the SAP database, no Walmart store or distribution center in California received any shipments of Benecol Regular Spread. Our records also show that, for the same period covered by the SAP database, no Walmart store or distribution center received any shipments of Benecol product before late September 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 7 day of AUGUST 2020 in NEW JERSEY.

[signature]

Alison J. Sentie