**O'MELVENY & MYERS LLP**
Richard B. Goetz (State Bar No. 115666)
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: rgoetz@omm.com
clazatin@omm.com

**O'MELVENY & MYERS LLP**
Hannah Chanoine (*Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, NY, 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 15-cv-01733-MCE-DB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DECERTIFY THE CLASSES**<br><br>Hon. Morrison C. England, Jr.<br><br>Date: November 12, 2020<br>Time: 2:00 p.m.<br>Courtroom: 7, 14th Floor |

Defendants Johnson & Johnson and McNeil Nutritionals, LLC's Motion to Decertify the Classes (the "Motion") came on for hearing in Courtroom 7 of the above-referenced Court on November 12, 2020 at 2:00 p.m. before the Honorable Morrison C. England, Jr.

After full consideration of the evidence and the written and oral submissions by the parties, the Court GRANTS the Motion and hereby decertifies the below classes certified the by this Court in its March 29, 2019 order:

1. The "Multi-State Express Warranty Class" defined as "all Benecol purchasers between August 14, 2011 and December 31, 2011 in California, Delaware, D.C., Kansas, Missouri, New Jersey, Ohio, Utah, Virginia, and West Virginia," and
2. The "California Class" defined as "all Benecol purchasers between August 14, 2011 and December 31, 2011 in California."

IT IS SO ORDERED

Dated: ________________, 2020

______________________________
Morrison C. England, Jr.
United States District Judge