**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk III (State Bar No. 320783)
Neal J. Deckant (State Bar No. 322946)
Brittany S. Scott (State Bar No. 327132)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
         fklorczyk@bursor.com
         ndeckant@bursor.com
         bscott@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
888 Seventh Avenue, Third Floor
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 331331
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Class Counsel*

**O'MELVENY & MYERS LLP**
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: clazatin@omm.com

Richard B. Goetz (State Bar No. 115666)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: rgoetz@omm.com

Hannah Chanoine (*Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Attorneys for Defendants McNeil Nutritionals, LLC and Johnson & Johnson*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case Number: 2:15-cv-01733-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO SET A BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DECERTIFY THE CLASSES** |

Plaintiff JoAnn Martinelli ("Plaintiff") and Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 29, 2019, this Court granted in part and denied in part Plaintiff's Motion for Class Certification (Dkt. 216);

WHEREAS, on October 15, 2020, Defendants moved to decertify the Multi-State Express Warranty Class and California Class pursuant to Fed. R. Civ. P. 23(c)(1)(C) (Dkt. 247);

WHEREAS, the deadline for Plaintiff to file her opposition to Defendants' Motion to Decertify is on or before October 29, 2020;

WHEREAS, the deadline for Defendants to file their reply in support of their Motion to Decertify is on or before November 5, 2020;

WHEREAS, the hearing on Defendants' Motion to Decertify is currently scheduled for November 12, 2020;

WHEREAS, during this same time period, Plaintiff's counsel is simultaneously working on a reply in further support of plaintiff's motion for class certification, oppositions to *Daubert* motions, and conducting expert depositions in a similar matter regarding Benecol spreads captioned *Chamlin v. Johnson & Johnson, et al.*, Case No. 1:19-cv-03852-AJN (S.D.N.Y. 2019), which is currently due on November 6, 2020;

WHEREAS, the Parties seek an extension of time to file the opposition to the Motion to Decertify, a reply in support of the motion, and an extension of the hearing in order to accommodate the schedules of the parties and attorneys in this matter;

WHEREAS, on August 30, 2016, February 10, 2017, May 5, 2017, December 12, 2019, and May 22, 2020, the parties previously obtained extensions of time for class certification briefing in connection with requests to extend discovery as well as Plaintiff's then-pending motion for leave to amend, and a further extension of case deadlines due to the coronavirus pandemic and Judge Barnes' continuance of the motion to quash hearing (Dkt. Nos. 44, 70, 75, 217, and 233);

WHEREAS, the parties are diligently preparing for trial, and do not anticipate that this extension will affect other case deadlines; and

NOW THEREFORE, subject to the Court's approval, the parties stipulate that the Court set a briefing schedule on Defendants' Motion to Decertify the Classes as follows:

| Event | Current | Proposed |
|---|---|---|
| Plaintiff's Opposition to Defendants' Motion to Decertify | October 29, 2020 | December 2, 2020 |
| Defendants' Reply In Support of Motion to Decertify | November 5, 2020 | December 23, 2020 |
| Hearing on Defendants' Motion to Decertify | November 12, 2020 | January 14, 2021 |

Dated:  October 20, 2020         **BURSOR & FISHER, P.A.**

By:   */s/ Neal J. Deckant*
          Neal J. Deckant

L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk III (State Bar No. 320783)
Neal J. Deckant (State Bar No. 322946)
Brittany S. Scott (State Bar No. 327132)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          fklorczyk@bursor.com
          ndeckant@bursor.com
          bscott@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
888 Seventh Avenue, Third Floor
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 331331
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006

E-Mail: scott@bursor.com

*Class Counsel*

Dated: October 20, 2020          **O'MELVENY & MYERS LLP**

By: */s/ Carlos M. Lazatin*
          Carlos M. Lazatin

Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: clazatin@omm.com

Richard B. Goetz (State Bar No. 115666)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: rgoetz@omm.com

Hannah Chanoine (*Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Attorneys for Defendants McNeil Nutritionals, LLC and Johnson & Johnson*

**IT IS SO ORDERED.**

Dated: October 22, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE