**O'MELVENY & MYERS LLP**
Richard B. Goetz (State Bar No. 115666)
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: rgoetz@omm.com
        clazatin@omm.com

**O'MELVENY & MYERS LLP**
Hannah Chanoine (*Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, NY, 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>Defendants. | Case No. 15-cv-01733-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS JOHNSON & JOHNSON AND MCNEIL NUTRITIONALS LLC'S REQUEST TO SEAL DOCUMENTS** |

The Court, having considered the request of Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants") to Seal Documents in connection with Defendants' Motion to Decertify the Classes, grants the Request and orders as follows:

The following documents shall be filed under seal:

- Exhibit 1: redacted portions of the May 24, 2016 deposition of JoAnn Martinelli
- Exhibit 2: the entirety of Plaintiff's Responses to Defendants' First Set of Interrogatories
- Exhibit 3: redacted portions of the Declaration of Elizabeth Steele
- Exhibit 4: the entirety of Plaintiff's Responses to Defendants' First Set of Requests for Admission
- Exhibit 5: the entirety of the excerpts of the September 9, 2020 deposition of Dr. James Thaddeus Foster
- Exhibit 6: the entirety of Exhibit 5 to the September 9, 2020 deposition of Dr. James Thaddeus Foster
- Redacted portions of the Declaration of Alison J. Sentie in Support of Defendants' Motion for Decertification
- Redacted portions of the Declaration of Laurie Weis of Raley's
- Redacted portions of the Declaration of Theodore K. Bell of Safeway Inc.
- Those portions of the Motion to Decertify the Classes that discuss the above referenced confidential information

The above documents shall be sealed for the duration of this litigation.

IT IS SO ORDERED.

Dated: October 23, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE