**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk III (State Bar No. 320783)
Neal J. Deckant (State Bar No. 322946)
Brittany S. Scott (State Bar No. 327132)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        fklorczyk@bursor.com
        ndeckant@bursor.com
        bscott@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
888 Seventh Avenue, Third Floor
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 331331
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Class Counsel*

**O'MELVENY & MYERS LLP**
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: clazatin@omm.com

Richard B. Goetz (State Bar No. 115666)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: rgoetz@omm.com

Hannah Chanoine (*Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Attorneys for Defendants McNeil Nutritionals, LLC and Johnson & Johnson*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>            v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>                    Defendants. | Case Number: 2:15-cv-01733-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO STAY LITIGATION PENDING THE PARTIES' MEDIATION** |

Plaintiff JoAnn Martinelli ("Plaintiff") and Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, over the past several weeks, counsel for both parties have engaged in settlement discussions that recently resulted in an agreement to pursue settlement through mediation;

WHEREAS, the parties have selected a mediator and are in the process of scheduling the mediation in November or early December;

WHEREAS, the Parties request a stay of all proceedings and deadlines to allow them to focus solely on resolution leading up to the mediation;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate that the Court stay all proceedings and deadlines in this action to allow the Parties to focus solely on resolution leading up to the mediation;

The Parties further propose to update the Court in writing on or before December 11, 2020 about the status of their settlement efforts:

Dated:  October 27, 2020                    **BURSOR & FISHER, P.A.**

By:   */s/ Neal J. Deckant*
         Neal J. Deckant

L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk III (State Bar No. 320783)
Neal J. Deckant (State Bar No. 322946)
Brittany S. Scott (State Bar No. 327132)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          fklorczyk@bursor.com
          ndeckant@bursor.com
          bscott@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
888 Seventh Avenue, Third Floor
New York, NY  10019

Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Class Counsel*

Dated:  October 27, 2020          **O'MELVENY & MYERS LLP**

By:   */s/ Carlos M. Lazatin* (as authorized on 10/27/20)
         Carlos M. Lazatin

Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: clazatin@omm.com

Richard B. Goetz (State Bar No. 115666)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: rgoetz@omm.com

Hannah Chanoine (*Pro Hac Vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: hchanoine@omm.com

*Attorneys for Defendants McNeil Nutritionals, LLC and Johnson & Johnson*

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT the all proceedings and deadlines in this action are STAYED to allow the Parties to focus solely on resolution leading up to the mediation. The Parties are hereby ordered to file a status report of their settlement efforts on or before December 11, 2020.

**IT IS SO ORDERED.**

**Dated:  November 5, 2020**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE