| | |
|---|---|
| **O'MELVENY & MYERS LLP**<br>Richard B. Goetz (State Bar No. 115666)<br>Carlos M. Lazatin (State Bar No. 229650)<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile:  (213) 430-6407<br>Email: rgoetz@omm.com<br>           clazatin@omm.com | **BURSOR & FISHER, P.A.**<br>Neal J. Deckant (State Bar. No. 322946)<br>Frederick J. Klorczyk (State Bar No. 320783)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail:     ndeckant@bursor.com<br>               fklorczyk@bursor.com |
| **O'MELVENY & MYERS LLP**<br>Hannah Y. Chanoine (admitted *pro hac vice*)<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile:  (212) 326-2061<br>Email: hchanoine@omm.com | **BURSOR & FISHER, P.A.**<br>Joseph I. Marchese (admitted *pro hac vice*)<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail:     jmarchese@bursor.com |
| *Attorneys for Defendants* | **BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>2665 S. Bayshore Dr., Suite 220<br>Miami, FL 33133-5402<br>Telephone: (305) 330-5512<br>Facsimile: (305) 676-9006<br>E-Mail:     scott@bursor.com |
| | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARTINELLI, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>                  Defendants. | Case No. 2:15-cv-01733-MCE-DAD<br><br>**JOINT STATUS REPORT**<br><br><br>Judge Morrison C. England, Jr. |

JOINT STATUS REPORT
Case No. 2:15-cv-01733-MCE-DAD

Plaintiff JoAnn Martinelli and Defendants Johnson & Johnson and McNeil Nutritionals, LLC ("Defendants"), respectfully submit this status report on the parties' settlement efforts pursuant to Your Honor's November 5, 2020 Order (ECF 255).

The parties are negotiating potential resolution of this action through private mediation. The parties have reached an agreement in principle to resolve all Benecol litigation against Defendants, and intend to seek approval of a nationwide class settlement in this action. The parties expect to file a motion for preliminary approval of their settlement within 60 days of this status report.

The parties jointly request that this case remain stayed as the parties finalize their settlement agreement. Pursuant to the Court's November 5, 2020 Order, the parties will provide this Court with a further status update on May 17, 2021.

Dated: March 16, 2021     **O'MELVENY & MYERS, LLP**

By: _/s/ Carlos M. Lazatin__
Carlos M. Lazatin

Richard B. Goetz (State Bar No. 115666)
Carlos M. Lazatin (State Bar No. 229650)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-Mail:  rgoetz@omm.com
         clazatin@omm.com

*Attorneys for Defendants*

Dated: March 16, 2021     **BURSOR & FISHER, P.A.**

By: /s/ Frederick J. Klorczyk III (as authorized on 9/15/20)
Frederick J. Klorczyk III

Neal J. Deckant (State Bar No. 322946)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

JOINT STATUS REPORT                                                                - 1 -
Case No. 2:15-cv-01733-MCE-DAD

E-Mail: ndeckant@bursor.com
fklorczyk@bursor.com

*Attorneys for Plaintiff*